IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS LEIGHTON,<br>AZURE CAPITAL CORP.,<br>BASS POINT CAPITAL, LLC,<br>MICHAEL SULLIVAN,<br>DAVID HALL,<br>ZACHARY HARVEY,<br>PAUL DUTRA,<br>JASON HARMAN, and<br>JESSICA GERAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:20-cv-10686<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SATISFACTION OF MONETARY PROVISION OF THE FINAL JUDGMENT AGAINST DEFENDANT JESSICA GERAN

Plaintiff, United States Securities and Exchange Commission, hereby acknowledges payment on June 29, 2020, by Defendant Jessica Geran ("Geran') in the sum of $15,000.00, representing the payment of Geran's civil penalty liability in this matter. This payment is a satisfaction of the monetary provision of the Final Judgment entered by this Court on June 3, 2020. This payment satisfies the monetary provision of the Final Judgment entered against Defendant Jessica Geran.

Date: July 13, 2020

Respectfully submitted,

_____
Carol E. Schultze
Assistant Chief Litigation Counsel
United States Securities and Exchange Commission
100 F Street, NE, MS 5628
Washington, DC 20549
(202) 551-4958 (Phone)
SchultzeC@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I caused a true and correct copy of Plaintiff Securities and Exchange Commission's Satisfaction of Monetary Provision as to Final Judgment Against Defendant Jessica Geran and all other parties to be served through the Court's Electronic Court Filing System (or CM/ECF System), which will automatically send an email notification of such filing to the party of record.

Dated this 13 day of July, 2020.

By: _____
Carol E. Schultze
FL Bar No.: 0756083
United States Securities and Exchange Commission
100 F Street, NE, MS 5628
Washington, DC 20549
(202) 551-4958 (Phone)
SchultzeC@sec.gov